```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

 DONALD DIRENZO, SR., and JOSEPH
 DIRENZO, SR.,

                    Plaintiffs,           MEMORANDUM & ORDER
                                          21-CV-3027(EK)(SIL)

            -against-

 TASA CONSULTING LLC, NATIVE
 AMERICAN ENERGY GROUP, INC., VICTOR
 WANG, JOSEPH D'ARRIGO, et al.,

                    Defendants.

---------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Locke's Report and Recommendation ("R&R") dated October 27, 2022.  ECF No. 66.  Judge Locke recommends *sua sponte* that the Court strike the Answer filed by Defendant Joseph D'Arrigo pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure.  Neither party has filed objections, and the time to do so has expired.  Accordingly, the Court reviews Judge Locke's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's notes; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, D'Arrigo's Answer is stricken.  The Clerk of Court is respectfully directed to strike

1

D'Arrigo's Answer and issue a certificate of default against D'Arrigo.

    SO ORDERED.

                                        /s/ Eric Komitee
                                    ERIC KOMITEE
                                    United States District Judge

Dated:    January 6, 2023
             Brooklyn, New York